Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Eagle Roadways, Inc.
Debtor

                                                                         Case No.: 21−10174−KCF
                                                                         Chapter 7

Daniel E. Straffi, Trustee
Plaintiff

v.

Solis Tire Services LLC
Defendant

Adv. Proc. No. 22−01283−KCF                               Judge: Kathryn C. Ferguson

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 31, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 7 − 3
JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/31/2022. Discovery due by 6/29/2023. Trial date set for 10/25/2023 at 10:00 AM at KCF − Courtroom 2, Trenton. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 31, 2022
JAN: bwj

                                                                                                  Jeanne Naughton
                                                                                                  Clerk